Yvette C. Sterling, Esquire
Sterling Law Firm, LLC
744 Broad Street, 16th Floor
Newark, NJ 07102
Phone: (973) 735.0607

DECHERT LLP
By:    Terry D. Johnson, Esquire
       Thomas Kane, Esquire
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ  08543
1-609-620-3280

PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
BY:    Barbara E. Ransom, Esquire
125 S. 9th Street, 7th Floor
Philadelphia, PA  19107
215-627-7100                                                              **Counsel for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## VICINAGE OF CAMDEN

| | |
|---|---|
| Charles Major, Major Tours; Victoria Daniels; M&M Tours; James Wright; Ocean Tours, Inc.; Glen Ragin, Sr.; Jamm Tours; Robert Allen; RAC Tours; Carl Revels; CMT Tours<br><br>Plaintiffs,<br><br>v.<br><br>Michael Colorel, in His Personal and Business Capacities; New Jersey Transportation; Sharon Harrington, in Her Business Capacity; Diane Legriede, in Her Business Capacity; Vincent Shultz, in His Personal and Business Capacities; Jimmy's Lake Side Garage; James Restuccio, in His Personal Capacity<br><br>Defendants. | The Honorable Jerome B. Simandle<br><br>Civil Action No. 05-3091 (JBS)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on this date, under penalty of perjury, I caused a true and correct copy of the Plaintiffs Notice of Motion for an Order Granting Plaintiffs Motion to Compel the Production of Email Discovery and Memorandum in Support of Plaintiffs Motion to Compel the

Production of Email Discovery and all supporting papers in the above reference matter to be filed and serviced on counsel of as indicated below:

**VIA NEW JERSEY'S ELECTRONIC CASE FILING SYSTEM**
Albert Barnes, Esquire
Office of the Attorney General
25 Market Street
P.O. Box 114
Trenton, NJ   08625

Nonee Lee Wagner, Esquire
Office of the Attorney General
25 Market Street
P.O. Box 114
Trenton, NJ   08625
*Attorneys for Defendants New Jersey Department of Transportation, Michael Calorel, Vincent Schulze, Diane Legreide and Sharon Harrington*

**VIA FIRST CLASS MAIL**
William J. Pollinger, Esq.
William J. Pollinger, P.A.
302 Union Street
Hackensack, NJ 07601
*Attorney for Defendants Jimmy's Lakeside Garage and James Restuccio*

_____
Barbara E. Ransom

Dated: June 17, 2008