

Suite 500
902 Carnegie Center
Princeton, NJ  08540-6531
+1  609  955  3200  Main
+1  609  955  3259  Fax
www.dechert.com

**THOMAS KANE**

thomas.kane@dechert.com
+1  609  955  3268  Direct
+1  609  873  9134  Fax

July 7, 2008

**VIA ECF**

Clerk of the United States District Court
For the District of New Jersey
United States Courthouse & Post Office
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

Re:  *Major Tours, Inc., et al. v. Colorel, et al.*, No. 1:05-cv-03091-JBS-JS

Dear Sir/Madam:

Pursuant to Local Rule 7.1(d)(5), Plaintiffs hereby request an automatic extension of 14 days to respond to the Motion for Rule 37 Sanctions filed by Defendants Jimmy's Lakeside Garage and James Restuccio.  The original motion date for this motion was July 21, 2008, and the new motion date will August 4, 2008.  However, Plaintiffs do not intend to take the full 14 days, and anticipate that the responsive papers will be filed on or before July 11, 2008.

Respectfully,

s/Thomas Kane

Thomas Kane

TK

cc:    All Parties via ECF

James J. Marino, Resident Managing Partner
A Pennsylvania Limited Liability Partnership

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Munich  Paris  ASIA  Hong Kong