**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
August 5, 2008

William J. Pollinger, Esquire
Claridge Plaza
302 Union Street
Hackensack, NJ 07601

    Re:  **Major Tours, et al. v. Colorel, et al.**
            **Civil No. 05-3091 (JBS)**

Dear Mr. Pollinger:

    This letter responds to your attached August 1, 2008 correspondence. If you object to plaintiffs' September 30, 2008 production you shall serve your objections after you receive plaintiffs' submission.

                                    Very truly yours,

                                    *s/ Joel Schneider*

                                    JOEL SCHNEIDER
                                    United States Magistrate Judge

JS:jk
Att:
cc:  Hon. Jerome B. Simandle
     All Counsel