**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
September 22, 2008

Albert D. Barnes, Esquire
Office of the Attorney
General
25 Market Street
P.O. Box 114
Trenton, NJ 08625-0114

      Re:  **Major Tours, et al. v. Colorel, et al.**
            **Civil No. 05-3091 (JBS)**

Dear Mr. Barnes:

    I am writing to address the issues raised in your September 18, 2008 letter [Doc. No. 138].  If you do not receive responses to your document requests by October 29, 2008, you are authorized to file a motion to compel discovery.  The interrogatories served on September 5, 2008 shall also be answered by October 29, 2008. If they are not answered on time you are authorized to file a motion to compel discovery. If you request to file document number 136 under seal you shall file a formal motion that complies with L. Civ. R. 5.3.

                                    Very truly yours,

                                      *s/ Joel Schneider*

                                    JOEL SCHNEIDER
                                    United States Magistrate Judge

JS:jk
cc:  Hon. Jerome B. Simandle
     All Counsel