**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

**ELECTRONICALLY FILED**
September 23, 2008

William J. Pollinger, Esquire
Claridge Plaza
302 Union Street
Hackensack, NJ 07601

    Re: **Major Tours, et al. v. Colorel, et al.**
          **Civil No. 05-3091 (JBS)**

Dear Mr. Pollinger:

    In response to your recent letter [Doc. No. 140], you are authorized to file a motion to compel discovery if you do not receive your answers to discovery by September 29, 2008.

                        Very truly yours,

                        *s/ Joel Schneider*

                        JOEL SCHNEIDER
                        United States Magistrate Judge

JS:jk
cc: Hon. Jerome B. Simandle
    All Counsel