```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MAJOR TOURS, INC., et. al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 05-3091 (JBS/JS) |
| v. | |
| MICHAEL COLOREL, et. al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the State Defendants' motion to dismiss [Docket Item 260]; Plaintiffs' crossmotion to file a Fourth Amended Complaint [Docket Item 287]; and Plaintiffs' appeal of Magistrate Judge Schneider's decision regarding preservation of government emails and discovery of email backup tapes [Docket Item 284]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**22nd**__ day of **June, 2010** hereby

ORDERED that the Complaint is **DISMISSED** with respect to the following Defendants: New Jersey Department of Transportation, Sharon Harrington, Diane Legriede, New Jersey Motor Vehicle Commission, Kris Kolluri, and John F. Lettiere; and it is further

ORDERED that the portion of Count I referring to the Due Process Clause, the Interstate Commerce Clause, and the right to travel, as well as Counts II and V are **DISMISSED** with respect to

Defendants Michael Colorel and Vincent Shulze; and it is further

ORDERED that the crossmotion to amend the Complaint is **GRANTED IN PART AND DENIED IN PART**.  Plaintiffs may file a Fourth Amended Complaint within fourteen (14) days of the entry of this Order, that makes only the following changes: (1) Clarify that Count I applies only to Defendants Michael Colorel and Vincent Shulze; (2) All proposed changes to Count II; (3) All proposed changes to the New Jersey Civil Rights Act count (currently Count IV) except for the addition of proposed ¶ 80; (4) the proposed changes to subsection (b) of the prayer for relief; and (5) deletes all claims and defendants that have been dismissed herein; and it is further

ORDERED that Judge Schneider's Order at Docket Item 258 (and the reconsideration thereof at Docket Item 275) is **AFFIRMED**.


　　　　　　　　　　　　　　　　　　 s/ Jerome B. Simandle
　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　United States District Judge